**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YURI DECYATNIK,

Petitioner,

v.

KRISTI NOEM, et al.,

Respondents.

Case No. 2:25-cv-10027-AH-PD

**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

**A# 028-159-113**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, and the Report and Recommendation of United States Magistrate Judge ("the Report"). No objections to the Report have been filed. The Court accepts the Magistrate Judge's Report and adopts it as its own findings and conclusions. Accordingly, the Petition is granted as to Claim One under *Zadvydas v. Davis*, 533 U.S. 678 (2001) and the remaining claim is dismissed without prejudice.

The Court ORDERS the following:

Respondents shall refrain from re-detaining Yuri Decyatnik (A# 028-159-113) solely for the purpose of effectuating his removal, until they obtain valid travel documents necessary for Petitioner's removal.

DATED: August 27, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE