JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

YURI DECYATNIK,
Petitioner,
v.
KRISTI NOEM, et al.,
Respondents.

Case No. 2:25-cv-10027-AH-PD

**JUDGMENT**

**A# 028-159-113**

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is granted in part. Claim One under *Zadvydas v. Davis*, 533 U.S. 678 (2001) is granted, and the remaining claim is dismissed without prejudice.

The Clerk of the Court is directed to Close this case.

DATED: August 27, 2026

HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE